# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                    MAGISTRATE JUDGE'S DOCKET
                          NO. 2011-M-1066RBC-01

TAMAS RINGHOFFER, ETC.,
    Defendant.

## ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on January 3, 2012. At that time, after being fully informed of his rights, the defendant waived his right to a preliminary hearing pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(e), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held for further proceedings.

                                              /s/ Robert B. Collings
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

Date: January 3, 2012.