# UNITED STATES DISTRICT COURT
## For the
## District of Massachusetts

United States of America

v.                                                                  Case No. 11-MJ-01166-RBC

Tamas Ringhoffer

## MOTION FOR FUNDS FOR A TRANSLATOR

The defendant in the above-entitled matter requests that the Court authorized the expenditure of up to $800.00 for the retention of a translator. In support of the Motion the defense counsel states the following:

1. The defendant is a Hungarian national and does not speak English.
2. Defense counsel does not speak Hungarian.
3. A translator is essential to enable the defendant and his counsel in to communicate with each other.

The expenditure of these funds for the retention of a translator is essential to insure that the defendant will be properly defended.

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ John A. Amabile
　　　　　　　　　　　　　　　　　　　　　　　　John A. Amabile
　　　　　　　　　　　　　　　　　　　　　　　　Amabile & Burkly, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　380 Pleasant Street
　　　　　　　　　　　　　　　　　　　　　　　　Brockton, MA 02301
　　　　　　　　　　　　　　　　　　　　　　　　BBO 016940
　　　　　　　　　　　　　　　　　　　　　　　　508.559.6966

**CERTIFICATE OF SERVICE**

     I, John A. Amabile, counsel for the defendant, Tamas Ringhoffer, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on this 13th day of January 2012.

                                       */s/ John A. Amabile*

                                         _____

                                         John A. Amabile

Dated: January 13, 2012