2216438

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| TAMAS RINGHOFFER | ) Case No. 11-MJ-01166-RBC |
| _Defendant_ | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   TAMAS RINGHOFFER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
From October 2011 through November 29, 2011, or thereabout, the defendant committed conspiracy in violation of 18 U.S.C. § 371; wire fraud in violation of 18 U.S.C. §§ 1343 and 2, by using the Internet to sell vehicles that he did not own or have the right to sell on others' behalf; passport fraud, in violation of 18 U.S.C. § 1543 and 2, by willfully and knowingly using and attempting to use a false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, or any passport validly issued which has become void by the occurrence of any condition therein prescribed invalidating the same; and by aiding and abetting the above offenses.

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court

Date: 12/30/2011   John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

_Issuing officer's signature_

City and state: Boston, Massachusetts   Robert B. Collings, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____   WARRANT EXECUTED BY ICE
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 1/3/2012

_Arresting officer's signature_

_Printed name and title_